Jennifer M. Verkamp (OH State Bar No. 0067198)
Frederick M. Morgan, Jr. (OH State Bar No. 0027687)
Volkema Thomas, L.P.A.
700 Walnut Street, Suite 400
Cincinnati, Ohio 45202
Telephone: (513) 651-4400
Facsimile:  (513) 651-4405

Ann M. Elston (CA State Bar No. 088285)
100 Pine Street, Suite 3110
San Francisco, California 94111
Telephone: (415) 882-4200
Facsimile: (415) 882-4050

**Attorneys for Relator Virginia Martinez**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES and THE STATE OF CALIFORNIA *ex rel.* VIRGINIA MARTINEZ, <br><br> Plaintiffs, <br><br> v. <br><br> SAN RAMON REGIONAL MEDICAL CENTER, INC. and MURALI DHARAN, M.D., <br><br> Defendants. | No. C 04-2435 MMC <br><br><br><br><br><br> **RELATOR'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 41(A), FED. R. CIV. P., AND [PROPOSED] ORDER** |

Relator Virginia Martinez respectfully moves the Court to enter the attached Order approving voluntary dismissal without prejudice of all claims in the Complaint filed in the instant action. The False Claims Act provides that such actions may be dismissed upon the consent of the Court and the United States. 31 U.S.C. § 3730(b)(1). This action is voluntarily dismissed with the consent of the United States,

who previously filed a Notice of Declination to Intervene, and prior to answer or appearance of any adverse party.

A proposed Order is attached.

Respectfully submitted,

/s/
Jennifer M. Verkamp, Esq.
Frederick M. Morgan, Jr., Esq.
Volkema Thomas, LPA
700 Walnut Street, Suite 400
Cincinnati, Ohio 45202
Telephone: (513) 651-4400
Facsimile: (513) 651-4405
E-mail: jverkamp@vt-law.com

Ann Elston, Esq.
Lossing & Elston
100 Pine Street, Suite 3110
San Francisco, California 94111
Telephone: (415) 882-4200
Facsimile: (415) 882-4050

**Attorneys for Relator**

CONSENTED:

Peter D. Keisler
Assistant Attorney General

Kevin V. Ryan
United States Attorney

By: /s/ Sara Winslow
Sara Winslow
Assistant United States Attorney

By: /s/ Sara Winslow for
Michael F. Hertz
Daniel R. Anderson
Daniel A. Spiro
Civil Division
United States Department of Justice

**Attorneys for the United States**

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | The Court hereby consents to the voluntary dismissal of this action without |
| 3 | prejudice based on the United States' consent and Relator's Motion pursuant to Rule |
| 4 | 41(a). This case is DISMISSED WITHOUT PREJUDICE |
| 5 | |
| 6 | Date: February 22, 2006 |
| 7 | *[signature]* |
| 8 | MAXINE M. CHESNEY |
| 9 | United States District Judge |